FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2015 JUL 23 AM 11: 38

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>**PAWANKUMAR JAIN, M.D.,**<br>a.k.a. "Pawan Kumar Jain,"<br><br>  Defendant. | CRIMINAL NO. 14-1261 RB<br><br>Counts 1, 3, 5 and 6: 21 U.S.C.<br>§§ 841(a)(1) and (b)(1)(C): Unlawful Dispensing of a Schedule II Controlled Substance Resulting in Death;<br><br>Counts 2, 4 and 7: 18 U.S.C. § 1347(a): Health Care Fraud Resulting in Death; 18 U.S.C. § 2(b): Aiding and Abetting;<br><br>Counts 8-64: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Unlawful Dispensing and Distributing of a Schedule II Controlled Substance;<br><br>Counts 65-138: 18 U.S.C. § 1347(a): Health Care Fraud; 18 U.S.C. § 2(b): Aiding and Abetting. |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1

On or about November 25, 2009, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and intentionally dispensed and distributed a controlled substance, specifically, methadone, a Schedule II controlled substance, by writing a prescription to M.E.B. dated on or about December 23, 2009 for 270 tablets of methadone 10 mg, outside the usual course of medical practice and without legitimate medical purpose, resulting in the death of M.E.B on or about December 25, 2009.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 2

On or about November 25, 2009, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and willfully executed, and attempted to execute, a scheme and artifice to defraud a health care benefit program, specifically, the defendant caused to be submitted to Medicare a fraudulent claim for a prescription for 270 tablets of methadone 10 mg dated on or about December 23, 2009, that the defendant dispensed and distributed to M.E.B. outside the usual course of medical practice and without legitimate medical purpose, resulting in the death of M.E.B on or about December 25, 2009.

In violation of 18 U.S.C. §§ 1347(a) and 2(b).

## Count 3

On or about July 27, 2010, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and intentionally dispensed and distributed a controlled substance, specifically, oxycodone, a Schedule II controlled substance, by writing a prescription to N.D. dated on or about July 27, 2010 for 120 tablets of oxycodone 30 mg, outside the usual course of medical practice and without legitimate medical purpose, resulting in the death of N.D. on or about July 29, 2010.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 4

On or about July 27, 2010, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and willfully executed, and attempted to execute, a scheme and artifice to defraud a health care benefit program, specifically, the defendant caused to be submitted to Medicaid a fraudulent claim for a prescription for 120 tablets of oxycodone 30 mg dated on or about July 27, 2010, that the defendant dispensed and distributed to

N.D. outside the usual course of medical practice and without legitimate medical purpose, resulting in the death of N.D. on or about July 29, 2010.

In violation of 18 U.S.C. §§ 1347(a) and 2(b).

### Count 5

On or about June 7, 2010, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and intentionally dispensed and distributed a controlled substance, specifically, morphine sulphate, a Schedule II controlled substance, by writing a prescription to R.B. dated on or about August 5, 2010 for 90 tablets of morphine sulfate 60 mg, outside the usual course of medical practice and without legitimate medical purpose, resulting in the death of R.B. on or about August 14, 2010.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 6

On or about June 14, 2010, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and intentionally dispensed and distributed a controlled substance, specifically, oxycodone, a Schedule II controlled substance, by writing a prescription to T.B. dated on or about June 14, 2010 for 180 tablets of oxycodone 30 mg, outside the usual course of medical practice and without legitimate medical purpose, resulting in the death of T.B. on or about June 18, 2010.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 7

On or about June 14, 2010, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and willfully executed, and attempted to execute, a scheme and artifice to defraud a health care benefit program, specifically, the defendant caused to be submitted to Medicare a fraudulent claim for a prescription for 180 tablets of oxycodone 30 mg dated on or about June 14, 2010, that the defendant dispensed and distributed to

T.B. outside the usual course of medical practice and without legitimate medical purpose, resulting in the death of T.B. on or about June 18, 2010.

In violation of 18 U.S.C. §§ 1347(a) and 2(b).

## Counts 8-13

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule II controlled substances to M.E.B. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 8 | 4/23/09 | 180 tablets of oxycodone 40 mg ER (extended release) |
| 9 | 5/21/09 | 180 tablets of oxycodone 40 mg ER |
| 10 | 6/19/09 | 180 tablets of oxycodone 40 mg ER |
| 11 | 7/13/09 | 180 tablets of methadone 10 mg |
| 12 | 10/2/09 | 225 tablets of methadone 10 mg |
| 13 | 11/25/09 | 270 tablets of methadone 10 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Counts 14-21

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule II controlled substances to R.B. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 14 | 10/30/09 | 120 tablets of morphine sulphate 30 mg |
| 15 | 11/16/09 | 120 tablets of morphine sulphate 30 mg |
| 16 | 11/16/09 | 60 tablets of morphine sulphate 60 mg |
| 17 | 1/11/10 | 180 tablets of morphine sulphate 30 mg |
| 18 | 2/15/10 | 60 tablets of morphine sulphate 60 mg |
| 19 | 3/22/10 | 60 tablets of morphine sulphate 60 mg |
| 20 | 4/8/10 | 120 tablets of morphine sulphate 60 mg |
| 21 | 6/7/10 | 180 tablets of morphine sulphate 60 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 22-26

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule II controlled substances to T.B. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 22 | 12/14/09 | 360 tablets of oxycodone/APAP (acetaminophen) 10/325 mg |
| 23 | 1/7/10 | 180 tablets of oxycodone/APAP 10/325 mg |
| 24 | 3/4/10 | 180 tablets of oxycodone/APAP 10/325 mg |
| 25 | 4/6/10 | 180 tablets of oxycodone/APAP 10/325 mg |
| 26 | 5/5/10 | 180 tablets of oxycodone/APAP 10/325 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 27-38

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule II controlled substances to M.J.B. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 27 | 5/26/09 | 540 tablets of methadone 10 mg |
| 28 | 7/14/09 | 180 tablets of methadone 10 mg |
| 29 | 7/14/09 | 90 tablets of oxycodone/APAP 10/325 mg |
| 30 | 9/15/09 | 180 tablets of methadone 10 mg |
| 31 | 10/13/09 | 270 tablets of methadone 10 mg |
| 32 | 10/13/09 | 120 tablets of oxycodone/APAP 10/325 mg |
| 33 | 10/13/09 | 90 tablets of oxycodone/APAP 10/325 mg |
| 34 | 11/11/09 | 540 tablets of methadone 10 mg |
| 35 | 11/11/09 | 180 tablets of oxycodone/APAP 10/325 mg |
| 36 | 1/5/10 | 819 tablets of methadone 10 mg |
| 37 | 1/5/10 | 90 tablets of oxycodone/APAP 10/325 mg |
| 38 | 3/24/10 | 810 tablets of methadone 10 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 39-52

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule II controlled substances to S.C. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 39 | 6/2/09 | 60 tablets of oxycodone 80 mg |
| 40 | 6/2/09 | 180 tablets of oxycodone/APAP 7.5/325 mg |
| 41 | 6/19/09 | 120 tablets of oxycodone 80 mg |
| 42 | 6/19/09 | 360 tablets of oxycodone/APAP 7.5/ 325 mg |
| 43 | 8/11/09 | 180 tablets of oxycodone 80 mg |
| 44 | 8/11/09 | 540 tablets of oxycodone/APAP 10/325 mg |
| 45 | 11/9/09 | 60 tablets of oxycodone 80 mg |
| 46 | 11/9/09 | 180 tablets of oxycodone/APAP 10/325 mg |
| 47 | 12/28/09 | 180 tablets of oxycodone 80 mg |
| 48 | 12/28/09 | 270 tablets of oxycodone 30 mg |
| 49 | 3/25/10 | 180 tablets of oxycodone 80 mg |
| 50 | 3/25/10 | 270 tablets of oxycodone 30 mg |
| 51 | 6/24/10 | 180 tablets of oxycodone 80 mg |
| 52 | 6/24/10 | 270 tablets of oxycodone 30 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 53-64

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWANKUMAR JAIN, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule II controlled substances to A.U. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 53 | 6/24/09 | 180 tablets of oxycodone/APAP 10/ 325 mg |
| 54 | 6/24/09 | 30 tablets of amphetamine/dextroamphetamine 30 mg |
| 55 | 6/30/09 | 180 tablets of oxycodone 30 mg |
| 56 | 7/6/09 | 180 tablets of hydromorphone 4 mg |
| 57 | 7/14/09 | 180 tablets of oxycodone 30 mg |
| 58 | 9/10/09 | 540 tablets of oxycodone 30 mg |

6

| 59 | 9/10/09 | 90 tablets of amphetamine/dextroamphetamine 30 mg |
|---|---|---|
| 60 | 12/8/09 | 720 tablets of oxycodone 30 mg |
| 61 | 3/5/10 | 540 tablets of oxycodone 30 mg |
| 62 | 3/5/10 | 540 tablets of oxycodone 15 mg |
| 63 | 6/3/10 | 360 tablets of oxycodone 30 mg |
| 64 | 6/3/10 | 360 tablets of oxycodone 15 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 65-71

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN,** knowingly and intentionally dispensed the following Schedule II controlled substances to L.D. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 65 | 5/11/11 | 720 tablets of morphine sulphate 30 mg |
| 66 | 5/11/11 | 180 tablets of morphine sulphate 60 mg ER |
| 67 | 8/5/11 | 720 tablets of morphine sulphate 30 mg |
| 68 | 8/5/11 | 120 tablets of morphine sulphate 60 mg ER |
| 69 | 9/27/11 | 360 tablets of hydromorphone 4 mg |
| 70 | 11/1/11 | 540 tablets of hydromorphone 4 mg |
| 71 | 2/23/12 | 240 tablets of hydromorphone 4 mg |

Counts 72-77

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN,** knowingly and intentionally dispensed the following Schedule II controlled substances to B.L. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 72 | 10/28/11 | 1,080 tablets oxycodone 30 mg |
| 73 | 10/28/11 | 180 tablets hydromorphone 40 mg |
| 74 | 12/20/11 | 720 tablets oxycodone 30 mg |
| 75 | 12/20/11 | 120 tablets hydromorphone 40 mg |
| 76 | 2/13/12 | 360 tablets oxycodone 30 mg |
| 77 | 2/13/12 | 60 tablets hydromorphone 40 mg |

Counts 78-82

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN,** knowingly and intentionally dispensed the following Schedule II controlled substances to L.T. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 78 | 4/4/11 | 1,440 tablets of methadone 10 mg |
| 79 | 7/29/11 | 1,440 tablets of methadone 10 mg |
| 80 | 12/9/11 | 1,440 tablets of methadone 10 mg |
| 81 | 4/3/12 | 1,080 tablets of methadone 10 mg |
| 82 | 7/6/12 | 720 tablets of methadone 10 mg |

Counts 83-138

From on or about July 9, 2007, and continuing to on or about February 23, 2012, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN,** knowingly and willfully executed, and attempted to execute, a scheme and artifice to defraud health care benefit programs in connection with the delivery of and payment for health care benefits, items and services, specifically, the defendant caused to be submitted for payment by Medicare and Medicaid claims for prescriptions that the defendant dispensed to patients outside the usual course of medical practice and without legitimate medical purpose. The defendant dispensed the following prescriptions to execute the scheme:

| COUNT | PATIENT | DATE | CONTROLLED SUBSTANCE | HEALTH CARE PROGRAM |
|---|---|---|---|---|
| 83 | M.E.B. | 4/22/09 | 180 tablets of oxycodone 40 mg ER | Medicare |
| 84 | M.E.B. | 5/21/09 | 180 tablets of oxycodone 40 mg ER | Medicare |
| 85 | M.E.B. | 6/19/09 | 180 tablets of oxycodone 40 mg ER | Medicare |
| 86 | M.E.B. | 7/13/09 | 90 tablets of methadone 10 mg | Medicare |
| 87 | M.E.B. | 9/29/09 | 225 tablets of methadone 10 mg | Medicare |
| 88 | R.B. | 10/30/09 | 120 tablets of morphine sulphate 30 mg | Medicaid |
| 89 | R.B. | 11/16/09 | 60 tablets of morphine sulphate 30 mg | Medicaid |
| 90 | R.B. | 11/16/09 | 60 tablets of morphine sulphate 60 mg | Medicaid |

| COUNT | PATIENT | DATE | CONTROLLED SUBSTANCE | HEALTH CARE PROGRAM |
|---|---|---|---|---|
| 91 | R.B. | 1/11/10 | 180 tablets of morphine sulphate 30 mg | Medicaid |
| 92 | R.B. | 2/15/10 | 60 tablets of morphine sulphate 60 mg | Medicaid |
| 93 | R.B. | 3/22/10 | 60 tablets of morphine sulphate 60 mg | Medicaid |
| 94 | R.B. | 4/8/10 | 120 tablets of morphine sulphate 60 mg | Medicaid |
| 95 | R.B. | 6/7/10 | 90 tablets of morphine sulphate 60 mg | Medicaid |
| 96 | T.B. | 12/14/09 | 360 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 97 | T.B. | 1/7/10 | 180 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 98 | T.B. | 3/4/10 | 180 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 99 | T.B. | 4/6/10 | 180 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 100 | T.B. | 5/27/10 | 180 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 101 | M.J.B. | 10/13/09 | 270 tablets of methadone 10 mg | Medicare |
| 102 | M.J.B. | 10/13/09 | 90 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 103 | M.J.B. | 11/11/09 | 540 tablets of methadone 10 mg | Medicare |
| 104 | M.J.B. | 11/11/09 | 180 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 105 | M.J.B. | 1/5/10 | 549 tablets of methadone 10 mg | Medicare |
| 106 | M.J.B. | 1/5/10 | 90 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 107 | S.C. | 6/2/09 | 60 tablets of oxycodone 80 mg | Medicaid |
| 108 | S.C. | 6/2/09 | 180 tablets of oxycodone/APAP 7.5/325 mg | Medicaid |
| 109 | S.C. | 6/19/09 | 120 tablets of oxycodone 80 mg | Medicaid |
| 110 | S.C. | 6/19/09 | 360 tablets of oxycodone/APAP 7.5/325 mg | Medicaid |
| 111 | S.C. | 8/11/09 | 180 tablets of oxycodone 80 mg | Medicaid |
| 112 | S.C. | 8/11/09 | 540 tablets of oxycodone/APAP 10/325 mg | Medicaid |
| 113 | S.C. | 11/9/09 | 60 tablets of oxycodone 80 mg | Medicaid |
| 114 | S.C. | 11/9/09 | 180 tablets of oxycodone/APAP 10/325 mg | Medicaid |
| 115 | S.C. | 12/28/09 | 180 tablets of oxycodone 80 mg | Medicaid |
| 116 | S.C. | 12/28/09 | 270 tablets of oxycodone 30 mg | Medicaid |
| 117 | S.C. | 3/25/10 | 180 tablets of oxycodone 80 mg | Medicaid |
| 118 | S.C. | 3/25/10 | 270 tablets of oxycodone 30 mg | Medicaid |
| 119 | S.C. | 6/24/10 | 180 tablets of oxycodone 80 mg | Medicaid |
| 120 | S.C. | 6/24/10 | 270 tablets of oxycodone 30 mg | Medicaid |

| COUNT | PATIENT | DATE | CONTROLLED SUBSTANCE | HEALTH CARE PROGRAM |
|---|---|---|---|---|
| 121 | A.U. | 6/24/09 | 180 tablets of oxycodone/APAP 10/325 mg | Medicaid |
| 122 | A.U. | 6/24/09 | 30 tablets of amphetamine/dextroamphetamine 30 mg | Medicaid |
| 123 | A.U. | 6/30/09 | 180 tablets of oxycodone 30 mg | Medicaid |
| 124 | A.U. | 7/6/09 | 180 tablets of hydromorphone 4 mg | Medicaid |
| 125 | A.U. | 9/10/09 | 540 tablets of oxycodone 30 mg | Medicaid |
| 126 | A.U. | 9/10/09 | 90 tablets of amphetamine/dextroamphetamine 30 mg | Medicaid |
| 127 | A.U. | 12/8/09 | 720 tablets of oxycodone 30 mg | Medicaid and Medicare |
| 128 | A.U. | 3/5/10 | 540 tablets of oxycodone 30 mg | Medicare |
| 129 | A.U. | 3/5/10 | 540 tablets of oxycodone 15 mg | Medicare |
| 130 | A.U. | 6/3/10 | 360 tablets of oxycodone 30 mg | Medicare |
| 131 | A.U. | 6/3/10 | 360 tablets of oxycodone 15 mg | Medicare |
| 132 | L.D. | 5/11/11 | 720 tablets of morphine sulphate 30 mg | Medicaid |
| 133 | L.D. | 5/11/11 | 180 tablets of morphine sulphate 60 mg ER | Medicaid |
| 134 | L.D. | 8/5/11 | 480 tablets of morphine sulphate 30 mg | Medicaid |
| 135 | L.D. | 8/5/11 | 120 tablets of morphine sulphate 60 mg ER | Medicaid |
| 136 | L.D. | 9/27/11 | 360 tablets of hydromorphone 4 mg | Medicaid |
| 137 | L.D. | 11/1/11 | 360 tablets of hydromorphone 4 mg | Medicaid |
| 138 | L.D. | 2/23/12 | 240 tablets of hydromorphone 4 mg | Medicaid |

All in violation of 18 U.S.C. §§ 1347(a) and 2(b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney

7/21/2015 2:32 PM